UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| In re: SANDRA J. TILLMAN, | No.  21-16034 |
| Debtor, | D.C. No. 3:20-cv-08204-DWL<br>District of Arizona,<br>Prescott |
| UNITED STATES OF AMERICA, | ORDER |
| Appellant, | |
| v. | |
| LAWRENCE J. WARFIELD, Trustee;<br>SANDRA J. TILLMAN, | |
| Appellees. | |

Before:  CLIFTON and BUMATAY, Circuit Judges, and CHEN,[*] District Judge.

Judges Clifton and Chen voted to deny the petition for panel rehearing, and

Judge Bumatay voted to grant the petition for panel rehearing.  Fed. R. App. P. 40.

Judge Bumatay voted to grant the petition for rehearing en banc.  Judges Clifton and

Chen recommended denying the petition for rehearing en banc.  The full court has

been advised of the petition, and no judge has requested to vote on whether to rehear

the matter en banc.  Fed. R. App. P. 35.  The petition for panel rehearing and

rehearing en banc (Dkt. No. 49) is therefore **DENIED**.

---

[*]  The Honorable Edward M. Chen, United States District Judge for the
Northern District of California, sitting by designation.